UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

    v.                                      Civil No. 06-cv-481-JM

$4,916.43 US Currency


**O R D E R**

Claimant's motion to proceed on appeal in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the full filing fee must be paid as follows: the sum of $14.20 is due no later than December 10, 2007.  In addition, 20% of each preceding month's income credited to claimant's account to be remitted each time the amount in the account exceeds $10.00 until the sum of $455.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the appeal.  In all other respects claimant's request for in forma pauperis has been granted.

    **SO ORDERED.**

                                        _/s/ James R. Muirhead_
                                        James R. Muirhead
                                        United States Magistrate Judge

Date:    November 20, 2007

cc:   Robert J. Rabuck, Esq.
      Michael Hogancamp, pro se claimant
      Bonnie S. Reed, Financial Administrator
      NH Department of Corrections, Inmate Accounts